**Order entered August 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00554-CV

## DAVID DOSCHER AND KAREN DOSCHER, Appellants

## V.

## VINTAGE ESTATE HOMES OF TEXAS, LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04636-A**

## ORDER

Before the Court is appellants' July 29, 2021 motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **August 30, 2021**.

/s/    CRAIG SMITH
       JUSTICE